Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
 daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*SYB, LLC dba Golden Heart Senior Care*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KALIAH BURNETT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GTLV LLC, dba GOLDEN HEART SENIOR CARE, a domestic Limited-Liability Company; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00029-APG-BNW<br><br>**STIPULATION AND ORDER TO (1) DISMISS GTLV LLC dba GOLDEN HEART SENIOR CARE WITH PREJUDICE, (2) ADD DEFENDANT SYB, LLC dba GOLDEN HEART SENIOR CARE AS THE PROPER DEFENDANT, and (3) AMEND THE CASE CAPTION** |

Defendant SYB, LLC dba Golden Heart Senior Care, misnamed as GTLV LLC dba Golden Heart Senior Care, and Plaintiff Kaliah Burnett, by and through their respective counsel of record, hereby stipulate as follows:

Plaintiff was employed by Defendant SYB, LLC dba Golden Heart Senior Care, but erroneously named her former employer as "GTLV LLC dba Golden Heart Senior Care." In the interest of judicial economy, and to avoid the unnecessary time and cost of motion practice regarding this issue, the parties have agreed to correct this mistake by dismissing the mistakenly named incorrect entity, "GTLV LLC dba Golden Heart Senior Care," and adding in as the proper party SYB, LLC dba Golden Heart Senior Care, Plaintiff's prior employer.

Defendant SYB, LLC dba Golden Heart Senior Care waived the service requirement and will file its responsive pleading on or before February 11, 2020 in accordance with the parties' prior stipulation. *See* ECF No. 12. Thus, the parties have stipulated to the following:

1. That Defendant GTLV LLC dba Golden Heart Senior Care be dismissed from this action with prejudice;

2. That Defendant SYB, LLC dba Golden Heart Senior Care be named as the proper Defendant, undersigned counsel having been authorized to accept service of Plaintiff's Complaint against Defendant SYB, LLC dba Golden Heart Senior Care and file its responsive pleading on its behalf on or before February 11, 2020;

3. That the caption be revised to reflect that the entity identified as "GTLV LLC dba Golden Heart Senior Care" shall be stricken from the caption; and

4. That the caption be revised to reflect the addition of "Defendant SYB, LLC dba Golden Heart Senior Care" as the properly named Defendant.

This stipulation is submitted and based upon the following:

1. Defendant SYB, LLC dba Golden Heart Senior Care was Plaintiff's employer and is the proper Defendant in this action. As such, there is good cause for dismissing GTLV LLC dba Golden Heart Senior Care, adding Defendant SYB, LLC dba Golden Heart Senior Care as the proper Defendant, and for correcting the caption;

2. Defendant SYB, LLC dba Golden Heart Senior Care has authorized its undersigned counsel to accept service of the Complaint on its behalf (to avoid any additional cost to Plaintiff or delay), and file its responsive pleading on its behalf on February 11, 2020;

3. This request is made in good faith, in the interest of judicial economy and to save the Parties the time and expense of motion practice to name the proper Defendant and correct the caption, and is not for the purpose of delay.

Dated this 6th of February, 2020.

| KANG & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Patrick W. Kang* | */s/ Daniel I. Aquino* |
| Patrick W. Kang, Esq., Bar No. 10381 | Deverie J. Christensen, Bar No. 6596 |
| Kyle R. Tatum, Esq., Bar No. 13264 | Daniel I. Aquino, Bar No. 12682 |
| 6480 W. Spring Mountain Road, Suite 1 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Kaliah Burnett* | *SYB, LLC dba Golden Heart Senior Care* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 6, 2020.

4830-0332-3827, v. 1