Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
        daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*SYB, LLC dba Golden Heart Senior Care*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KALIAH BURNETT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GTLV LLC, dba GOLDEN HEART SENIOR CARE, a domestic Limited-Liability Company; DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00029-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant SYB, LLC dba Golden Heart Senior Care, misnamed as GTLV LLC ("Defendant") shall have up to and including Tuesday, February 25, 2020, in which to answer or otherwise respond to Plaintiff Kaliah Burnett's Complaint. This stipulation is submitted and based upon the following:

　　　　1.　　This is the third request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.

2. That such an extension is necessary because the parties require further time to evaluate whether the claims raised in the pending Complaint may be resolved prior to the filing of Defendant's responsive pleading. Plaintiff conveyed a settlement offer to Defendant on February 10, 2020, which Defendant requires further time to evaluate.

3. This request is made in good faith and not for the purpose of delay.

Dated this 10th of February, 2020.

| KANG & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Patrick W. Kang* <br> Patrick W. Kang, Esq., Bar No. 10381 <br> Kyle R. Tatum, Esq., Bar No. 13264 <br> 6480 W. Spring Mountain Road, Suite 1 <br> Las Vegas, Nevada 89146 | */s/ Daniel I. Aquino* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Kaliah Burnett* | *Attorneys for Defendant* <br> *SYB, LLC dba Golden Heart Senior Care* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including Tuesday, February 25, 2020.

**IT IS SO ORDERED**

**DATED: February 11, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4828-2465-4772, v. 1