# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KALIAH BURNETT,

    Plaintiff

v.

SYB, LLC, d/b/a Golden Heart Senior Care, et al.,

    Defendants

Case No.: 2:20-cv-00029-APG-BNW

**Order Dismissing Case**

    Kaliah Burnett sues her employer, SYB, LLC, d/b/a Golden Heart Senior Care (Golden Heart) for discrimination, alleging that she was constructively discharged. I previously granted Golden Heart's motion to dismiss and gave Burnett until July 23, 2021 to file an amended complaint if she could correct the identified deficiencies. ECF No. 47. Burnett did not file an amended complaint. Consequently, I dismiss this case with prejudice.

    I THEREFORE ORDER that the first amended complaint (ECF No. 30) is dismissed with prejudice. The clerk of court is instructed to enter judgment in favor of defendant SYB, LLC and against plaintiff Kalia Burnett and to close this case.

    DATED this 4th day of August, 2021.

    ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE